UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL STEPHEN VALENCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 15-CV-03048-LHK<br><br>**ORDER TO FILE JOINT STATUS REPORT** |

On June 30, 2015, Plaintiff, with the assistance of counsel, filed a complaint for judicial review of a decision by Defendant Carolyn Colvin, in her capacity as Social Security Commissioner. Plaintiff's counsel certified that Defendant was served with a summons on July 6, 2015. ECF No. 7.

Pursuant to Civil Local Rule 16-5, which governs "actions for District Court review o[f] an administrative record," Defendant was required to "serve and file an answer, together with a certified copy of the transcript of the administrative record, within 90 days of receipt of service of the summons and complaint." Civil L.R. 16-5; ECF No. 4 at 1 (applying Civil Local Rule 16-5 to the instant case). Defendant has neither filed an answer nor a certified copy of the transcript of the administrative record, and the 90-day deadline has now passed.

1     The Court hereby ORDERS the parties to file a Joint Status Report by March 18, 2016,
2 which states whether Plaintiff intends to continue to prosecute this action or whether this action
3 has resolved.  If this action has not resolved, Defendant is hereby ORDERED to file by March 18,
4 2016 an answer to Plaintiff's complaint and a certified copy of the administrative record.

**IT IS SO ORDERED.**

Dated:  March 15, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-03048-LHK
ORDER TO SHOW FILE JOINT STATUS REPORT