UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL STEPHEN VALENCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　Defendant. | Case No. 15-CV-03048-LHK<br><br>**ORDER REGARDING FILING OF ANSWER AND ADMINISTRATIVE RECORD**<br><br>Re: Dkt. No. 9 |

Pursuant to Plaintiff's March 15, 2016 status report, ECF No. 9, Defendant must file an answer and a copy of the transcript of the administrative record by June 16, 2016. In addition, the Court ORDERS that any future filings must be served on the opposing party via certified mail.

**IT IS SO ORDERED.**

Dated: March 16, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　United States District Judge

1
Case No. 15-CV-03048-LHK
ORDER REGARDING FILING OF ANSWER AND ADMINISTRATIVE RECORD